her future husband, and that this pre-nuptial agreement was a valid contract of which the court should have taken cognizance. "The Jurys verdict being as it is, I am doubtfull whether the Honorable Court Considered my Case as it is Circumstanced per the S$^d$ Contract." He concludes (S. F. 1179.8):

My Wife & I although as man & Wife one, in personall relation yet Considering our Relation to y$^e$ Contract two in Estates . . . & Soe Shee noe femm Couert nor under Couert Barron — And might as well make bargaines with mee in hir Life as make a will at hir Death, and If Shee hath power to giue mee a legacy, much more hath Shee power to pay hir debts, debts being allways to bee paid before Legacys. . . .

Instead of admitting an appeal, the Court of Assistants apparently ordered a review of the case by the same court. This was done at the Spring session of 1672 — see pp. 98–9, below.]

### ATWATER v. ELY

Joshua Atwater plaintiff against Richard Ely Defend$^t$ according to Attachm$^t$ Dat y$^e$ 21th of 7m$^o$ 1671, the pl$^t$ withdrew his Acion.

### PATTEN v. NAYLOR

Thomas Patten Attourney of Nathaniell Patten plantiff against Edward Naylor & Richard Walker Defend$^{ts}$ according to Attachm$^t$ Dat y$^e$ 9th of Octob$^r$: 1671, the Acion beeing cal$^d$ Edward Naylor appeared in open Court & acknowledged a Judgment against himselfe & Estate of eighty pounds vnto Thomas Patten aboues$^d$ which the Court Chancired to fiuety pounds & one shillinge.

Execucion Issued for 51$^{li}$ 1$^s$ 00$^d$ y$^e$ 4th of x$^{br}$ 1671

### GREENOUGH v. HAZELDEN

Elizabeth Greenough Attourney of her husband William Greenough pl$^t$ against John Hazelden Defend$^t$ in an Acion of the case for better security of a bond of forty three pounds with condicion to pay the sume of twenty one pounds tenn shillings in money & other due damages according to Attachment Dated the 17 Day of Octob$^r$ 1671 . . . the Jurie . . . found for the Defend$^t$ Costs of Court

### HALLETT v. MANSFEILD

George Hallett plantiff against Paul Mansfeid Defend$^t$ in an Action of the case for withholding a Debt of sixteene pounds due to the s$^d$